IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL SCHWARBERG,

    Defendant.

Case No. 3:12-cr-080

JUDGE WALTER HERBERT RICE

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 6/19/2012 |
| Jury Trial Date | Monday, 8/20/2012 |
| Final Pretrial Conference (by telephone) | Monday, 8/13/2012 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 7/9/2012 |
|     Other Motions | 7/23/2012 |
| Discovery Cut-off | 8/6/2012 |
| Speedy Trial Deadline | 8/22/2012 |
| Further Status Conference | - - - - - - |

June 25, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf